# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-2929

_____

Kendrick Harris,                           *
                                           *
            Appellant,                     *
                                           *    Appeal from the United States
    v.                                     *    District Court for the
                                           *    Eastern District of Missouri.
Maureen Clyde, Manager, America's          *
Center, Edward Jones Dome; Vicky           *    [UNPUBLISHED]
Anthony, Manager, Chief Guest              *
Service; Debbie Smith, Supervisor;         *
Renee Dahlmann,                            *
                                           *
            Appellees.                     *

_____

Submitted: July 6, 2006
Filed: July 11, 2006

_____

Before MELLOY, FAGG, and BENTON, Circuit Judges.

_____

PER CURIAM.

    Kendrick Harris appeals the district court's[1] Federal Rule of Civil Procedure 12(b)(6) dismissal of his employment-discrimination action. Having conducted de novo review, and accepting the facts in the complaint as true and construing them in Harris's favor, *see Gordon v. Hansen*, 168 F.3d 1109, 1113 (8th Cir. 1999) (per

_____

[1]The Honorable Donald J. Stohr, United States District Judge for the Eastern District of Missouri.

curiam), we find the district court's analysis to be correct, thorough, and well-reasoned.  Accordingly, we affirm. *See* 8th Cir. R. 47B.  We deny appellees' pending motion.

_____